IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PATRICK BRYAN CLEVELAND,<br><br>　　　　　Defendant. | CR 19-144-BLG-SPW-2<br><br>ORDER EXTENDING DEADLINE |

Upon the Defendant's Unopposed Motion to Extend Deadline (Doc. 119), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's motion (Doc. 119) is **GRANTED**. The deadline in which Defendant shall file any reply brief is extended up to and including **March 4, 2024.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 1st day of March, 2024.

_____
SUSAN P. WATTERS
United States District Judge

1